

FILED
99 AUG 19 AM 11: 41
NORTHERN DISTRICT OF OHIO
CLEVELAND



GRANTED: ~~DENIED:~~ X
IT IS SO ORDERED
[signature] 8/30/99
U.S. District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| FRANK DONIO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED LIGHTING TECHNOLOGIES, INC., et al.<br><br>Defendants. | Civil Action No. 1:99CV836<br><br><u>CLASS ACTION</u><br><br>JUDGE NUGENT<br>MAG. JUDGE STREEPY<br><br>PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE THE PRESENCE OF PROPOSED CLASS REPRESENTATIVE FRANK DONIO AT THE CASE MANAGEMENT CONFERENCE |



By Order dated July 23, 1999, this Court set a Case Management Conference ("CMC") for August 26, 1999 at 9:30 a.m. Plaintiffs hereby move to excuse the named plaintiff Frank Donio from attending this CMC. Mr. Donio is seventy-one years old and lives in Summit, New Jersey. While officially retired, Mr. Donio serves as a consultant to Muenz-Engineered Sales Co. of Summit, New Jersey and has responsibilities to attend to at his office. Moreover, the proposed Lead Plaintiffs and proposed Lead Counsel seek to represent a class of thousands of investors. Under these circumstances, Mr. Donio's attendance at the CMC is impractical for Mr. Donio and unnecessary for the efficient management of the CMC. Defendants do not object to Mr. Donio's absence from the CMC. Accordingly, plaintiffs respectfully request that the Court excuse Mr. Donio from attending the CMC.

DATED this 19th day of August, 1999.

THE LANDSKRONER LAW FIRM
JACK LANDSKRONER
Ohio Bar No. 0059227
MONICA ZUNT
Ohio Bar No. 0058680

MONICA ZUNT
55 Public Square, Suite 1040
Cleveland, OH 44113-1904
Telephone: 216/241-7000

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
PATRICK J. COUGHLIN
MICHAEL L. SCHRAG
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058

LAW OFFICES OF ALFRED G.
 YATES, JR.
ALFRED G. YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412/391-5164

                                            LAW OFFICES OF CURTIS V.
                                              TRINKO, LLP
                                          CURTIS V. TRINKO
                                          16 West 46th Street
                                          Seventh Floor
                                          New York, NY 10036
                                          Telephone: 212/490-9550

                                          Attorneys for Plaintiffs Donio, Fasick
                                          and Stadelmann

C:\My Documents\advanced lighting8.19